1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY BLIGHT,

          Plaintiff,

  v.

AVENIDAS,

          Defendant.

_____/

No. C 02-01302 CRB

**ORDER DENYING MOTION TO VACATE**

     Now pending before the Court is the pro se plaintiff's motion to vacate the Court's order dated April 30, 2002 dismissing Plaintiff's action.  Plaintiff's motion to vacate – based on vague allegations of misconduct by this Court – is incomprehensible.  Because the Court can discern no merit in Plaintiff's befuddled papers, the motion is DENIED.  <u>See</u> 28 U.S.C. § 1915(e)(2)(B)(i).

     **IT IS SO ORDERED.**

Dated:  April 25, 2008

                                CHARLES  R. BREYER
                                UNITED STATES DISTRICT JUDGE