IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY BLIGHT,<br><br>    Plaintiff,<br><br>  v.<br><br>AVENIDAS,<br><br>    Defendant.<br>_____ / | No. C 02-01302 CRB<br><br>**ORDER DENYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS** |

Plaintiff Harvey Blight moves for permission to appeal in forma pauperis, requesting that the $455.00 docket fee associated with his appeal be waived. An appeal may not be taken in forma pauperis if it is not taken in "good faith." 28 U.S.C. § 1915(a)(3). In "good faith" is judged by an objective standard, and is "demonstrated when [the plaintiff] seeks appellate review of any issue not frivolous." Coppedge v. United States, 369 U.S. 438, 445 (1962). Plaintiff's appeal is not taken in good faith because the appeal is patently frivolous. Plaintiff has not identified, and the Court cannot locate, any meritorious issues presented by Bright's appeal. Accordingly, the plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Dated: May 7, 2008

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE