IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY BLIGHT, | No. C 02-01302 CRB |
|     Plaintiff, | **ORDER** |
|  v. | |
| AVENIDAS, | |
|     Defendant. | |

Per the plaintiff's request, the clerk is ordered to accept the $20 submitted in conjunction with Plaintiff's motion for permission to appeal in forma pauperis as partial satisfaction of the $455 Notice of Appeal filing fee.

**IT IS SO ORDERED.**

Dated: May 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\1302\Filing Fee Order.wpd