IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HARVEY BLIGHT,

    Plaintiff,

  v.

AVENIDAS,

    Defendant.

       /

No. C 02-01302 CRB

**ORDER**

Plaintiff's request for reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: June 16, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2002\1302\Order Denying Request for Reconsideration.wpd